# Exhibit J

Roger J. McConkie (#5513); rmcconkie@wnlaw.com
James W. McConkie, III (#8614); jmcconkie@wnlaw.com
Brittany Frandsen (#16051); bfrandsen@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for ICON Health & Fitness, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re DMCA Subpoena to Cloudflare, Inc. | **DECLARATION OF ROGER J. MCCONKIE PURSUANT TO 17 U.S.C. § 512(h)**  <br><br>**Case No:** _____ |

I, Roger J. McConkie, declare under criminal penalty of the State of Utah that the following is true and correct:

1. I am a member in good standing of the Utah State Bar. I am duly licensed to practice by the United States District Court of the District of Utah.

2. I am a shareholder with the law firm of Workman Nydegger, representing ICON Health & Fitness ("ICON") in the above-entitled DMCA Subpoena. I am over the age of eighteen and am competent to testify to all matters contained herein. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(c).

1

3.	The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringer who is identified on the Subpoena. The information obtained will be used only for the purposes of protecting the rights granted to ICON under Title 17 of the United States Code.

4.	In accordance with Utah Code § 78B-5-705, I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

DATED this 3rd day of August, 2020

By: /s/ *Roger J. McConkie*
Roger J. McConkie